**Juan Manuel MORALES,**
**Plaintiff–Appellant,**

v.

**CITY OF SAN RAFAEL and Daniel Hulett, Defendants–Appellees.**

No. 94–15523.

United States Court of Appeals,
Ninth Circuit.

Jan. 13, 1997.

Ordered Published March 25, 1997.

Before D.W. NELSON, REINHARDT, and KLEINFELD, Circuit Judges.

**ORDER**

The order filed January 13, 1997, is ordered PUBLISHED.

**ORDER**

January 13, 1997

The opinion filed September 6, 1996, is amended as follows:

1) In the reported opinion, at 96 F.3d 359, 363 (9th Cir.1996), add the following sentence to the end of the first partial paragraph:

"Nominal damages" is not limited to an award in the amount of $1, but includes an award that may properly be classified as "de minimis."

With this amendment to the opinion, a majority of the panel has voted to deny the petition for rehearing and to reject the suggestion for rehearing en banc.

The full court was advised of the suggestion for rehearing en banc. An active judge requested a vote on whether to rehear the matter en banc. The matter failed to receive a majority of the votes of the nonrecused active judges in favor or rehearing en banc. Fed.R.App.P. 35.

The petition for rehearing is DENIED and the suggestion for rehearing en banc is REJECTED.